# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137559

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOSHUA DWAYNE LAWSON,
     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137559
COA: 286656
Kalamazoo CC: 90-000932-FC

On order of the Court, the application for leave to appeal the September 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

Clerk

s0217